UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 06-cr-00311-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MANUEL JESUS RAMIREZ-MARTINEZ,
a/k/a Manuel Joe Ramirez,

       Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

(#17) on November 28, 2006 by Defendant Manuel Jesus Ramirez-Martinez.  The Court

construes this Notice as a motion to change his plea and to have the Court consider the terms of

the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

pending determination of those matters.

2.    A Change of Plea hearing is set for **December 27, 2006**  at **11:00 a.m.** in the

United States District Court for the District of Colorado, Courtroom A901, Alfred

A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.    The final trial preparation conference set for **December 14, 2006** and the

**December 18, 2006** trial date are **VACATED**.

Dated this 7th day of December, 2006

**BY THE COURT:**

Marcia S. Krieger
United States District Judge